**FILED**
March 08, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| } | |
| v. } | No. 1:20-CR-00249-RP |
| } | |
| PAUL KRUSE, } | |
| } | |
| *Defendant.* } | |

The United States Charges:

## THE DEFENDANT

1. At all times relevant to this Information, Defendant PAUL KRUSE was the president and chief executive officer of Blue Bell Creameries ("Blue Bell") and worked at the company's Brenham, Texas headquarters. Blue Bell's sales, marketing, quality, and other departments all reported to PAUL KRUSE.

## COUNT 1

21 U.S.C. §§ 331(a) and 333(a)(1)
(Introducing adulterated foods into interstate commerce)

2. Between on or about January 1, 2015, and on or about March 13, 2015, in the Western District of Texas, the Defendant, PAUL KRUSE, caused to be introduced and delivered for introduction into interstate commerce, from Brenham, Texas to Lexington, South Carolina, Wichita, Kansas, and other locations outside of Texas, foods, namely ice cream

products, that were adulterated: (i) within the meaning of Title 21, United States Code, Section 342(a)(1), in that they contained a poisonous or deleterious substance, namely *Listeria monocytogenes,* that rendered the foods injurious to health; and (ii) within the meaning of Title 21, United States Code, Section 342(a)(4), in that they had been prepared, packed, and held under conditions whereby they may have become contaminated with *Listeria monocytogenes*, all in violation of Title 21, United States Code, Sections 331(a) and 333(a)(1).

AMANDA N. LISKAMM
Director
Consumer Protection Branch
U.S. Department of Justice


/s/_____

MATTHEW J. LASH
Assistant Director
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
(202) 514-3764
Matthew.J.Lash@usdoj.gov

PATRICK H. HEARN
Senior Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
(202) 532-4113
Patrick.Hearn@usdoj.gov

ANTHONY J. NARDOZZI
Assistant Director
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
(202) 305-7081
Anthony.J.Nardozzi@usdoj.gov

TARA M. SHINNICK
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
(202) 305-0191
Tara.Shinnick@usdoj.gov

KATHRYN A. SCHMIDT
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20530
(202) 598-8697
Kathryn.A.Schmidt@usdoj.gov

*ATTORNEYS FOR THE UNITED STATES*